BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: OCT 5, 2017
TIME ON: 3:00
TIME OFF: 3:30

Case No. 17 CR 856 (SJF)

Courtroom Deputy: Robert Imrie

Criminal Cause for ARRAIGNMENT\BAIL APPLICATION

Defendant: WILLIAM PATRICK NANRY
Present X   Not Present___   In Custody X   On Bail/Bond___

Attorney: RANDI CHAVIS (ARRAIGNMENT ONLY) Ret'd___   CJA___  F.D. X

AUSA: TIMOTHY A. DUREE

Interpreter: —

ESR: 3:03 - 3:28

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2017 ★
LONG ISLAND OFFICE

X Case Called    X Counsel for all sides present.
X Arraignment Held.
X Defendant Pleads ~~Guilty~~ - Not Guilty to: THE INDICTMENT
X Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.
___ Order of Detention entered.
___ Temporary Order of Detention entered.
___ Probation Notified.

Next Court appearance scheduled for 11/6/17 @ 11:15 FOR STATUS BEFORE FEUERSTEIN, USDJ.

NOTES: MR. NANRY WAIVED HIS RIGHT TO A SPEEDY TRIAL FROM OCTOBER 5, 2017 THROUGH NOVEMBER 6, 2017.