# DURANT & DURANT LLC

ATTORNEYS AT LAW

November 16, 2017

**<u>Via ECF</u>**

The Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    United States of America v. William Patrick Nanry
             <u>Criminal Docket No. 17-0538 (SJF)</u>

Dear Judge Feuerstein:

    On behalf of Defendant William Patrick Nanry, I respectfully request that the time between the Court's status conference conducted on November 6, 2017 and the date of the upcoming status conference on January 11, 2018 be excluded under the Speedy Trial Act. This exclusion is in the best interests of justice in this complex case within the meaning of the Act. I have spoken to my client and he explicitly authorized this request and waives the standard Speedy Trial Act timeframes intended for and applicable to non-complex, routine cases. The government does not oppose this request.

    Thank you for your consideration of this request.

                                             Respectfully yours,

                                             Marc Durant

cc:  All Counsel of Record
      (*via ECF*)